# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN LUDWIG, *et al.* : | |
| : | |
| v. : | CIVIL ACTION NO. 20-0824 |
| : | |
| SPEEDWAY LLC : | |

## ORDER

This 2nd of June, 2021, it is hereby **ORDERED** as follows:

1. Plaintiffs' motion for leave to withdraw as counsel on behalf of Plaintiffs Ludwig and Carrasquillo, ECF 37, is **GRANTED**.

2. It is further **ORDERED** that Hepworth, Gershbaum & Roth, PLLC, together with Weisberg Cummings P.C. shall serve a copy of this Order upon Ms. Ludwig and Carrasquillo, and file proof of service on the docket.

3. Defendant's motion to dismiss Plaintiffs Ludwig and Carrasquillo, ECF 34, is **GRANTED**.

4. Plaintiffs Ludwig and Carrasquillo are hereby **DISMISSED** without prejudice.

5. The Clerk of the Court is directed to mail a copy of this Order to Ms. Ludwig and Carrasquillo.

                                                                            /s/ Gerald Austin McHugh
                                                                            United States District Judge