IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DE BLOCK, individually and on behalf of a collective of others similarly situated, | : : : : | |
| v. | : : | CIVIL ACTION NO. 20-824 |
| SPEEDWAY LLC | : | |

**ORDER**

This 15th day of October, 2021, it is hereby **ORDERED** that Plaintiff's Motion for Conditional Certification of Collective, ECF 43, is **GRANTED** for the reasons outlined in the accompanying Memorandum.

It is further **ORDERED** that Rebecca S. Predovan, Marc S. Hepworth, Charles Gershbaum, and David A. Roth from Hepworth Gershbaum & Roth PLLC and Derrek William Cummings from Weisberg Cummings P.C. are appointed counsel for the conditionally certified collective.

The parties are directed to meet and confer regarding the proposed notice, consent form, and its attendant mechanisms of information exchange and opt-in, and resubmit the proposed notice plan, with any necessary briefing or objections, to the Court for review. Such submission shall be made within twenty-eight (28) days of this Order.

 /s/ Gerald Austin McHugh
United States District Judge