IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DE BLOCK, individually and on behalf of a collective of others similarly-situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SPEEDWAY LLC,<br><br>   Defendant. | Case No.: 2:20-cv-00824-GAM<br><br>The Honorable Gerald A. McHugh<br><br>[Electronically Filed] |

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT AND ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 41(a)(2), Named Plaintiff, Nancy De Block respectfully moves this Court for entry of an Order:

(1) approving all terms of the Parties' Settlement Agreement and approval papers, attached as Exhibit A to the Declaration of Charles Gershbaum;

(2) finding that the Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute;

(3) authorizing the Settlement Administrator to send the notice and issue payments pursuant to the terms of the Settlement Agreement;

(4) approving the service award to Named Plaintiff Nancy De Block;

(5) granting Plaintiff's Counsel's requests for attorneys' fees, litigation, and settlement administration expenses;

(6) dismissing the action with prejudice in its entirety against Defendant, and without attorneys' fees or costs to any party except as provided in the Final Order and Judgment and in the Settlement Agreement; and

(7) retaining jurisdiction over this action for the purpose of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement.

Dated: May 31, 2022          By:    s/*Rebecca S. Predovan, Esq.*
                                             Rebecca S. Predovan, Esq.

                                             Marc S. Hepworth, Esq.
                                             Charles Gershbaum, Esq.
                                             David A. Roth, Esq.
                                             Rebecca S. Predovan, Esq.
                                             HEPWORTH, GERSHBAUM & ROTH, PLLC
                                             192 Lexington Avenue, Suite 802
                                             New York, New York 10016
                                             Tel: (212) 545-1199
                                             Fax: (212) 532-3801
                                             mhepworth@hgrlawyers.com
                                             cgershbaum@hgrlawyers.com
                                             droth@hgrlawyers.com
                                             Rpredovan@hgrlawyers.com

                                             Derrek William Cummings
                                             Larry A. Weisberg
                                             WEISBERG CUMMINGS P.C.
                                             2704 Commerce Dr., Suite B
                                             Harrisburg, PA 17110
                                             (717) 238-5707
                                             Lweisberg@weisbergcummings.com
                                             Dcummings@weisbergcummings.com

                                             **Attorneys for Plaintiffs and Opt-in Plaintiffs**